NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIS ELECTRIC CO., LTD.,**
*Plaintiff-Appellee*

**v.**

**POLYGROUP LTD. (MACAO COMMERCIAL OFFSHORE), POLYGROUP MACAU LIMITED BVI, POLYTREE (HK) CO. LTD., POLYGROUP TRADING LTD.,**
*Defendants-Appellants*

---

2024-2118

---

Appeal from the United States District Court for the District of Minnesota in No. 0:15-cv-03443-JNE-DTS, Senior Judge Joan N. Ericksen.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge*.

**O R D E R**

Willis Electric Co., Ltd. moves for a 28-day extension of time, until November 27, 2024, to file its response brief. Appellants oppose any extension greater than 14 days.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions of time for the response brief should be anticipated.

FOR THE COURT

October 21, 2024
Date

Jarrett B. Perlow
Clerk of Court