# United States Court of Appeals for the Federal Circuit

---

**WILLIS ELECTRIC CO., LTD.,**
*Plaintiff-Appellee*

**v.**

**POLYGROUP LTD. (MACAO COMMERCIAL OFFSHORE), POLYGROUP MACAU LIMITED BVI, POLYTREE (HK) CO. LTD., POLYGROUP TRADING LTD.,**
*Defendants-Appellants*

---

2024-2118

---

Appeal from the United States District Court for the District of Minnesota in No. 0:15-cv-03443-JNE-DTS, Senior Judge Joan N. Ericksen.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 17, 2026
Date

Jarrett B. Perlow
Clerk of Court